Samuel Yu, Esq. (SBN 251636)
Kahana & Feld LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Telephone (949) 812-4781
Facsimile  (949) 245-7597
E-mail: syu@kahanafeld.com

Brett Schatz
Wood Herron & Evans L.L.P.
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone (513) 241-2324
Facsimile  (513) 241-6234
Email: bschatz@whe-law.com

Attorneys for Plaintiff
Slick Slide LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SLICK SLIDE LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BIG AIR FRANCHISING, LLC, a California Limited Liability Company<br><br>Defendant. | Case No.: 8:24-cv-00938-DOC-JDE<br>*[Assigned For All Purposes to The Honorable David O. Carter]*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## **Notice of Voluntary Dismissal With Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Slick Slide, LLC, by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case ***with prejudice***.

DATED this 5th day of September, 2024

Respectfully submitted,

/s/ *Brett A. Schatz*
Samuel Yu
Kahana & Feld LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Telephone (949) 812-4781
Facsimile  (949) 245-7597
E-mail: syu@kahanafeld.com

Brett A. Schatz
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone (513) 241-2324
Facsimile   (513) 241-6234
E-mail: bschatz@whe-law.com

Attorneys for Plaintiff
Slick Slide LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served electronically on September 5, 2024 in compliance with Fed. R. Civ. P. 5 and L.R. 5-3.2. This document was served on all counsel who have consented to electronic service on the date of this filing.

/s/ *Brett Schatz*
Brett Schatz